IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KENT BERNBECK,

                Plaintiff,

      vs.

JOHN A. GALE, Nebraska Secretary of
State,

                Defendant.

**8:13CV228**

**JUDGMENT**

Judgment is hereby entered in favor of the plaintiff and against the defendant pursuant to the memorandum and order, Filing No. 61.  Judgment for attorneys' fees is entered in favor of the plaintiff and against the defendant pursuant to the memorandum and order, Filing No. 73.

Dated this 8th day of April, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge